IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LEONARD O COOKS,

    Petitioner,

v.                                           CASE NO. 1:05-cv-00032-MP-AK

MELISSA K BLACKWELL,
JOHN MATTHEW HENDRICKS,
THOMAS J KENNON, JR,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida for all further proceedings. The time for filing objections to Report and Recommendation has passed, and none were filed. The Court agrees that because the district of conviction and incarceration are both the Middle District of Florida, the case should be transferred there. Accordingly, it is

**ORDERED AND ADJUDGED:**

The Clerk is directed to transfer this case to the Middle District of Florida.

**DONE AND ORDERED** this  *22nd*  day of June, 2005

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge